**Dismissed and Memorandum Opinion filed October 6, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00601-CV

_____

### SHERWOOD VALLEY I COUNCIL OF CO-OWNERS, Appellant

### V.

### CHRISTINE REULE, Appellee

---

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2007-46357A**

---

## M E M O R A N D U M   O P I N I O N

Sherwood Valley I Council of Co-Owners filed a notice of appeal from a summary judgment signed April 6, 2011. To date, our records show that appellant has not paid the $175.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007) (listing fees in court of appeals); Tex. Gov't Code § 51.207 (same).

On September 8, 2011, this court ordered appellant to pay the appellate filing fee on or before September 23, 2011, or the appeal would be dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with a court order). Appellant has not paid the appellate filing fee or responded to this court's order.

Accordingly, the appeal is ordered dismissed.[1]

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Anderson and Christopher.

---

[1] The appeal filed by Christine Reule from the same judgment remains pending before this court under our number 14-11-00602-CV.

2